RECEIVED

FEB 17 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 03-50097-01 |
|---|---|
| versus | |
| KARESHA L. M. BOYD | MAGISTRATE JUDGE HORNSBY |

## **MEMORANDUM ORDER**

Before the court is Defendant's **Motion for Expense of Non-Custodial Transportation**, wherein she seeks an order that the United States marshal provide her transportation to Stockton, California and additional funds for subsistence. Defendant recently traveled to Shreveport from Stockton, which trip was paid for by the United States marshal, to face a larceny charge. She was convicted.

The statute under which Defendant's travel to Shreveport was paid, 18 U.S.C. § 4285, authorizes payment for travel to the court and subsistence during the period of travel. It does not authorize payment for subsistence during the period of the trial or for defendant's return home after the proceeding. U.S. v. Vaughan, 2002 WL 1067456 (D. Kan. 2002).

Defendant argues that the court has discretion to order the executive branch to pay for return transportation despite the lack of statutory authority. Defendant cites no caselaw that recognizes such extraordinary authority in this setting. To the extent the court might have such authority, which is doubtful, the undersigned would choose not to order payment of

Defendant's return transportation. There has been no showing that there is anything about Defendant's case or situation that would warrant the granting of such extraordinary relief to her. Defendant's motion is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, on February 17, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE