U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 05-18-06
By M. Cassanova

**MINUTE ENTRY**
May 18, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 03-50097-01 |
| versus | |
| KARESHA LANAL MINNIE BOYD | MAGISTRATE JUDGE HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**IT IS HEREBY ORDERED** that the United States Marshals Service provide defendant Karesha Lanal Minnie Boyd with transportation or fare for transportation from her home in Stockton, California, to Shreveport, Louisiana, and any subsistence expenses to which she is entitled under 18 U.S.C. § 4285, in order to attend the sentencing hearing scheduled in this case at 2:00 p.m. on Friday, July 14, 2006. Defendant is not entitled to return transportation back to California.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

COPY SENT BY MWC:    MLH